# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Dale Kenneth Fish, | ) | Case No. 1:13-cr-129 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that Defendant Dale Kenneth Fish's Conditions of Release (Docket No. 147) are amended as follows:

(9) Defendant shall not knowingly or intentionally have any direct or indirect contact with codefendants with the exceptions that <u>Defendant may have contact with his brother Brock Fay Fish regarding matters not related to this case</u> and that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

Dated this 23rd day of September, 2013.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court